IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:12cv103-RLV
(5:09cr49-RLV-DCK-5)

| | |
|---|---|
| DONALD BROOKS BRYSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

This matter is before the Court on its own motion regarding Respondent's Motion to Dismiss, (Doc. No. 6).

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court advises Petitioner, who is proceeding pro se, that Petitioner has the right to respond to Respondent's motion. The Court also advises Petitioner that failure to respond may result in Respondent being granted the relief it seeks–that is, dismissal of the Complaint with prejudice.

**IT IS THEREFORE ORDERED** that Petitioner shall have until October 18, 2012, to file a response to Respondent's motion to dismiss.

Signed: October 2, 2012

Richard L. Voorhees
United States District Judge